JOSEPH R. LAMAGNA (State Bar No. 246850)
PAUL L. GARCIA (State Bar No. 302694)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@hooperlundy.com
pgarcia@hooperlundy.com

Attorneys for Plaintiff QUICKMED DIAGNOSTIC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

QUICKMED DIAGNOSTIC, INC., a California Corporation,

Plaintiff,

v.

CENTENE MANAGEMENT COMPANY LLC, HEALTH NET OF CALIFORNIA INC., HEALTH NET LIFE INSURANCE COMPANY, HEALTH NET LLC, and DOES 1-10, inclusive,

Defendants.

Case No. 2:25-cv-10864-PA (MARx)

Hon. Percy Anderson

**THE PARTIES' JOINT STATUS REPORT ON SELECTION OF A SETTLEMENT OFFICER**

Action Filed: November 12, 2025
Trial date: None Set

Pursuant to the Court's August 7, 2026 Order (ECF No. 49), defendants Centene Management Company LLC, Health Net of California, Inc., Health Net Life Insurance Company, and Health Net LLC, and plaintiff Quickmed Diagnostic, Inc. (collectively, the "Parties"), submit the following Joint Status Report on Selection of a Settlement Officer.

The Parties have identified three mediators who are agreeable to both Parties, have available dates before the April 26, 2027 deadline to complete mediation, and who are available to serve as a settlement officer for this matter. The Parties are conferring as to scheduling of the mediation and will select one of the three mediators. The Parties do not require the Court's assistance in selecting a settlement officer for this matter.

Dated: August 21, 2026

HOOPER, LUNDY & BOOKMAN, P.C.

By: /s/ *Joseph R. LaMagna*
Joseph R. LaMagna
Paul L. Garcia
Heather M. Romero
Julia Caldwell
Attorneys for Plaintiff
QUICKMED DIAGNOSTIC, INC.

Dated: August 21, 2026

HERNANDEZ LASKA, LLP

By: /s/ Joseph E. Laska
Joseph E. Laska
Nathaniel Cohen
Attorneys for Defendants
CENTENE MANAGEMENT COMPANY LLC, HEALTH NET OF CALIFORNIA INC., HEALTH NET LIFE INSURANCE COMPANY, and HEALTH NET LLC

## ATTESTATION UNDER LOCAL RULE 5-4.3.4(A)(2)(I)

Under Local Rule 5-4.3.4(a)(2)(i), I, Joseph LaMagna, attest that all other attorney signatories listed approving as to form and content, and on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

Dated: August 21, 2026 HOOPER, LUNDY & BOOKMAN, P.C.

By: /s/ *Joseph R. LaMagna*
Joseph R. LaMagna
Paul L. Garcia
Heather M. Romero
Julia Caldwell
Attorneys for Plaintiff
QUICKMED DIAGNOSTIC, INC.

# CERTIFICATE OF SERVICE

I certify that on August 21, 2026, a copy of the foregoing **PARTIES' JOINT STATUS REPORT ON SELECTION OF A SETTLEMENT OFFICER** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. The parties may access this filing through the court's CM/ECF system.

/s/ *Joseph LaMagna*
Joseph LaMagna